CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2025 AUG 19  A  9: 29

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Gabrielle Piard Morency | **Complaint for Employment Discrimination** |
| | Case No. _____ |
| *(In the space above enter the full name(s) of the plaintiff(s).)* | *(to be filled in by the Clerk's Office)* |
| **-against-** | Jury Trial:  ■ Yes   □ No |
| IQVIA INC. | *(check one)* |
| Jordan Kerr | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Gabrielle Piard Morency |
| Street Address | 1332 George Street |
| City and County | Plainfield, Union County |
| State and Zip Code | NJ 07062 |
| Telephone Number | (908) 356-1118 |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | IQVIA INC. |
| Job or Title (if known) | |
| Street Address | 2400 ELLIS ROAD |
| City and County | DURHAM, DURHAM COUNTY |
| State and Zip Code | NC 27703 |
| Telephone Number | (919) 998-2000 |
| E-mail Address (if known) | iqvia@hrapply.com |

Defendant No. 2

| | |
|---|---|
| Name | Jordan Kerr |
| Job or Title (if known) | Senior Recruiter |
| Street Address | 2400 ELLIS ROAD |
| City and County | DURHAM, DURHAM COUNTY |

3

State and Zip Code    NC 27703

Telephone Number    (704) 806-1992

E-mail Address    jordan.kerr@iqvia.com
(if known)

Defendant No. 3

     Name _____

     Job or Title _____
     (if known)

     Street Address _____

     City and County _____

     State and Zip Code _____

     Telephone Number _____

     E-mail Address _____
     (if known)

Defendant No. 4

     Name _____

     Job or Title _____
     (if known)

     Street Address _____

     City and County _____

     State and Zip Code _____

     Telephone Number _____

     E-mail Address _____
     (if known)

**C.**    **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

     Name    IQVIA Homebased in New Jersey (remote)

     Street Address _____

     City and County _____

     State and Zip Code _____

     Telephone Number _____

4

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [ ] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [✓] Other federal law *(specify the federal law)*:
  42 U.S.C. § 1981

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [x] Other acts *(specify)*:   Failure to be sent to the next step that is an interview

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.   It is my best recollection that the alleged discriminatory acts occurred on date(s)

02/17/2023

C.   I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race _____
- [ ] color _____
- [ ] gender/sex _____
- [ ] religion _____
- [x] national origin _____
- [ ] age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

_____

E.    The facts of my case are as follows.  Attach additional pages if needed.

I applied for the Statistical Programmer II position at IQVIA on February 14th 2023. The next day

recruiter emailed me that he was impressed with my resume and would like to conduct a phone scr

On February 17, phone screen was conducted and 5 minutes into the call Jordan advised me that I

was not what they are looking for, they are looking for someone with more experience, while havin

a Master and at least 2 years of experience and the job required a Master and 1 year. The only thing

that was not on my resume was my foreign accent that he commented on and the reason not chosen

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

08/18/2023

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)*
10/10/2024                                                                                      .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff asks the court to order at least 2 years and a half salary pay what she would have received if

the internal recruiter did not discriminate against her for her foreign accent and sent her to the next step that

would have been an interview with the Director of Biostatistics/Programming to properly evaluate her. Also

to be compensated for not being considered for future positions, not added to the talent community list,

being lied to that they are actively recruiting, for calling me just to tell me that I am not qualified while you

know "that the position is not available", for emotionally and psychologically pained me.

Punitive damages for unlawful discrimination, reckless comments on the Plaintiff's qualification, deceitful actions, emotional distress, false advertisement and retaliation.

VI.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.    **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/19 , 20 25.

Signature of Plaintiff        Gabrielle

Printed Name of Plaintiff     Gabrielle Piard Morency

**B.**    **For Attorneys**

Date of signing: _____, 20$\underline{25}$.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

9